UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON PAUL KEAN,
        Plaintiff,

v.

Case No.: 1:12-cv-847

HONORABLE PAUL L. MALONEY

CAROL HUGHES,
        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 58). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's claim for damages against defendant in her official capacity are **DISMISSED WITH PREJUDICE** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment (ECF No. 49) is **GRANTED**.

Dated: March 31, 2015

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge