UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON PAUL KEAN,

    Plaintiff,

                                 Case No. 1:12-cv-847

v.

                                 HONORABLE PAUL L. MALONEY

CAROL HUGHES,

    Defendant,
_____/

## **JUDGMENT**

    Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendant on plaintiff's claim for damages against her in her individual capacity. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  March 31, 2015                                 /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District